**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MARK BAKER**                                                                      **PLAINTIFF**
**ADC #122294**

**v.**                                      **NO: 4:14CV00338 BSM**

**MARTIN CLIFFORD**                                                 **DEFENDANT**

**ORDER**

The recommended disposition submitted by United States Magistrate Judge H. David Young has been reviewed. No objections have been filed. After careful consideration and pursuant to the parties' stipulation of dismissal, the court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is dismissed without prejudice.

2. The court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of October 2014.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE