IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARK BAKER                                                                                      PLAINTIFF
ADC #122294

v.                                          NO: 4:14CV00338 BSM

MARTIN CLIFFORD                                                                         DEFENDANT

## JUDGMENT

Consistent with the order filed this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE